1154

Michigan Manufacturers Association for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 96–1279.   ROGERS *v.* UNITED STATES, *ante,* p. 252;

No. 96–9379.   LA GRANGE *v.* LONGORIA, *ante,* p. 845;

No. 96–9536.   JANNEH *v.* RUNYON, POSTMASTER GENERAL, *ante,* p. 854;

No. 97–773.   DiRUSSA *v.* DEAN WITTER REYNOLDS, INC., ET AL., *ante,* p. 1049;

No. 97–825.   MILLNER *v.* ITT AEROSPACE/COMMUNICATIONS DIVISION OF ITT CORP., INC., *ante,* p. 1050;

No. 97–5859.   WILLIAMS *v.* UNITED STATES, *ante,* p. 1053;

No. 97–6087.   FORE *v.* DENNY'S INC. ET AL., *ante,* p. 1000;

No. 97–6121.   CROCKER *v.* ROBINSON, WESTERN REGIONAL DIRECTOR, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL., *ante,* p. 972;

No. 97–6218.   WILCHER *v.* MISSISSIPPI (two judgments), *ante,* p. 1053;

No. 97–6352.   MALONEY *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., *ante,* p. 1054;

No. 97–6463.   JOHNSON *v.* CALIFORNIA ET AL., *ante,* p. 1054;

No. 97–6479.   HOLLOWELL *v.* JOHNSON, *ante,* p. 1055;

No. 97–6516.   TAVAKOLI-NOURI *v.* MITCHELL, *ante,* p. 1055;

No. 97–6531.   BERGMANN *v.* CANDLER COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES ET AL., *ante,* p. 1056;

No. 97–6662.   TURNMIRE *v.* BERNHARDT, WARDEN, *ante,* p. 1059;

No. 97–6899.   JONES *v.* THE PEP BOYS, MANNY, MOE, AND JACK OF CALIFORNIA, *ante,* p. 1094;

No. 97–6962.   MARTIN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 1065;

No. 97–7093.   EDMUNSON *v.* SAVKO ET AL., *ante,* p. 1096; and

No. 97–7154.   IN RE LANGWORTHY, *ante,* p. 1088.   Petitions for rehearing denied.